UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case No.: '21 MJ3051

UNITED STATES OF AMERICA,

v.

DENVER JAMES WHITE,

Defendant.

COMPLAINT FOR VIOLATION OF:

18 U.S.C. § 922(g)(1) –
Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

### COUNT 1

On or about July 15, 2021, within the Southern District of California, defendant DENVER JAMES WHITE, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a traveled in and affected interstate commerce, to wit: a Remington, model 870, 12-gauge shotgun, bearing serial number T856775V; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Nicholas Kindler
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of July, 2021.

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about July 15, 2021, San Diego Police Department ("SDPD") officers were looking for Denver James WHITE ("WHITE") to conduct a probation compliance check. WHITE was actively under California State probation conditions and had a 4th Amendment waiver due to his probation status. At approximately 6:00PM, officers observed WHITE exit his residence on Via Las Cumbres in San Diego, CA. WHITE was immediately detained once outside of his residence. SDPD Special Operation Unit ("SOU") uniformed officers approached WHITE's residence and conducted a safety sweep of the structure. At this time, an individual, later identified as B.F. exited the residence into the open patio area, where she was detained and interviewed. During the interview, B.F. stated that she has witnessed WHITE sell a handgun, frequently hide drugs and money in the residence, and distribute methamphetamine to others. A review of the relevant database revealed that WHITE does not possess a Federal Firearms License (FFL) and therefore may not legally transfer any firearms.

Once the residence was deemed safe to enter, law enforcement officers conducted a probation compliance search. During the probation compliance search, officers and assisting personnel documented several indicia of his residency in that unit for WHITE, including mail and personal documents. Officers seized one (1) Remington, model 870, 12-gauge shotgun, bearing serial number T856775V, loaded with three rounds of 12-guage ammunition, as well as one (1) additional loose round of 12-gauge ammunition inside WHITE's bedroom. Additionally, officers seized several baggies of white crystalline substance, large loose pieces of white crystalline substance, white powdery substance, dark

colored tar-like substance, and assorted pharmaceutical pills and capsules that they believe to be controlled substances based on their training and experience.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 04/30/1992 | CASC – San Diego | 459 PC- First Degree Burglary | 3 years' Probation, 120 Days' Prison |
| 09/16/1996 | CASC – San Diego | 459 PC- First Degree Burglary<br><br>666 PC- Petty Theft | 4 Years' Prison |
| 11/20/2003 | CASC – San Diego | 484 (A) PC/ 666 PC- Theft/Petty Theft with Prior Offense | 2 Years' Prison |
| 1/11/2005 | CASO – San Bernardino | 4530(B) PC- Prison Escape Without Force | 32 Months' Prison |
| 12/16/2011 | CASD- Lancaster | 215(A) PC- Carjacking | 8 Years' Prison |
| 06/15/2017 | CASC- San Diego | 11378 HS- Possession of Methamphetamine for Sale<br><br>487(C) PC- Grand Theft From a Person | 4 Years' Prison |

4

| | | | |
|---|---|---|---|
| 01/06/2020 | CASC- San Diego | 29800(A)(1) PC- Felon in Possession of a Firearm | 32 Months' Prison |

The firearm was inspected. Preliminary checks revealed the firearms and ammunition were not manufactured in California. Therefore, the firearms and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.